IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CV-42-FL

| | | |
|---|---|---|
| STEPHEN DILGER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHERYL ANNE MEADS, formerly | ) | |
| known as Cheryl Davis Eckerd, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court upon defendant's motion to compel (DE # 51), filed June 8, 2011. The court's case management order directs a complaining party to convene a telephonic conference through the office of the case manager before making such a filing. "Motions to compel filed . . . without advance conference with the court, absent extenuating circumstances, summarily will be denied." Case Management Order at ¶ II.D. Because defendant failed to adhere to this requirement, her motion to compel is DENIED without prejudice.

For the continued efficient administration of justice, said motion is deemed request by defendant for conference by telephone and, as such, this request is ALLOWED and conference through professional conference operator now set for 4:30 p.m. this date. By 1:00 p.m. today, counsel for each party shall contact the case manager to receive the conference identification information.

SO ORDERED, this the 9th day of June, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge