IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CV-42-FL

| | | |
|---|---|---|
| STEPHEN DILGER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHERYL ANNE MEADS, formerly | ) | |
| known as Cheryl Davis Eckerd, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on defendant's motion for reconsideration (DE # 57).

In light of the joint stipulation of dismissal filed by the parties on June 29, 2011, that motion is

DENIED AS MOOT.

SO ORDERED, this the 30th day of June, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge