UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| STEPHEN DILGER, INC., | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| | ) No. 5:11-CV-42-FL |
| CHERYL ANNE MEADS, | ) |
| Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of defendant's motion to dismiss filed January 28, 2011; plaintiff's motion for summary judgment filed February 23, 2011; plaintiff's motion to dismiss filed April 14, 2011; and the parties' joint stipulation of dismissal with prejudice filed June 29, 2011.

**IT IS ORDERED, ADJUDGED AND DECREED**, in accordance with the court's Memorandum Opinion filed March 17, 2011 memorializing the court's oral order entered that day, and the court's Order entered May 17, 2011, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is denied; that plaintiff's motion for summary judgment is granted in part and plaintiff is awarded summary judgment on its breach of contract action with respect to the issue of liability; and that plaintiff's motion to dismiss is granted and defendant's amended counterclaims are dismissed with prejudice. **IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, in accordance with the parties' joint stipulation of dismissal, that any remaining claims and counterclaims asserted in this action, including plaintiff's requests for specific performance and/or damages, are dismissed with prejudice.

**This Judgment Filed and Entered on June 30, 2011, and Copies To:**

Joseph H. Stallings (via CM/ECF Electronic Notice of Filing)
Russell W. Johnson (via CM/ECF Electronic Notice of Filing)
Steven A. Meckler (via CM/ECF Electronic Notice of Filing)


June 30, 2011                               DENNIS P. IAVARONE, CLERK
                                              /s/ Christa N. Baker
                                            (By) Christa N. Baker, Deputy Clerk